# United States District Court
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>20 BERNADETTE STREET,<br>FITCHBURG, MASSACHUSETTS 01453,<br>DEFENDANT | CIVIL ACTION<br>NO. 04CV12337JLT<br><br>NOTICE OF APPEARANCE |

To the Clerk of the above names Court:

Please enter my appearance on behalf of the Claimant George W. Bureau in the above-captioned matter.

_____
Thomas F. McEvilly
McEVILLY & CURLEY
48 West Street
Leominster, MA 01453
(978)534-3556
B.B.O. #332680

### CERTIFICATE OF SERVICE

I, Thomas F. McEvilly, hereby certify that I have this day serviced a copy of the foregoing documents, by mailing a copy, first class mail, postage prepaid, to Kristina E. Barclay, Assistant U.S. Attorney, Office of the United States Attorney Asset Forfeiture Unit, 1 Court House Way, Suite 9200, Boston, MA 02210, Washington Mutual Bank, 400 East Main Street, Stockton, CA 95290, and Fitchburg Assessor, 718 Min Street, Fitchburg, MA 01420.

_____
Thomas F. McEvilly

Dated: March 30, 2005