# United States District Court
### FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>20 BERNADETTE STREET,<br>FITCHBURG, MASSACHUSETTS 01453,<br>DEFENDANT | CIVIL ACTION<br>NO. 04CV12337JLT<br><br>ASSENTED MOTION FOR<br>EXTENSION OF TIME |

    Now comes George W. Bureau by his attorney Thomas F. McEvilly and moves for an extension of time to Wednesday, March 30, 2005 to file a Verified Claim in the above-captioned matter.

Assented:

Michael J. Sullivan
United States Attorney

_____
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Respectfully submitted,

George W. Bureau
By his Attorney,

/s/ Thomas McEvilly
Thomas F. McEvilly
McEvilly & Curley
48 West Street
Leominster, MA 01453

(978) 534-3556
B.B.O. #332680