# United States District Court
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>20 BERNADETTE STREET,<br>FITCHBURG, MASSACHUSETTS 01453,<br>DEFENDANT | CIVIL ACTION<br>NO. 04CV12337JLT<br>VERIFIED CLAIM |

Now comes the undersigned George W. Bureau, who hereby makes claim to the real property at 20 Bernadette Street, Fitchburg, Massachusetts including all buildings and improvements thereon which is the subject of the complaint For Forfeiture in Rem in the above matter.

1) The claimant, George W. Bureau is the true and lawful owner of said real estate and he intends to defend said Defendant property against the allegations contained in the above captioned complaint and that he is entitled to retain ownership of said Defendant property pursuant to the provisions of 18 U.S.C. 981 (a)(1)(A).

2) Pursuant to Rule C (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the claimant George W. Bureau states that as a result of his interest in and ownership of said Defendant property, he demands its restitution and asserts his right to defend against the above –captioned action.

### VERIFICATION

I, George W. Bureau swear and affirm that I have read the foregoing Verified Claim and the averments set forth in this claim are true to the best of my knowledge, and information and belief.

_____
GEORGE W. BUREAU

**COMMONWEALTH OF MASSACHUSETTS**

**County of Worcester**

March 30, 2005

Then personally appeared the above-named George W. Bureau and acknowledged the foregoing instrument to be his true act and deed, before me.

*[signature: Monique M McDonald]*

```
MONIQUE M. McDONALD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 29, 2010
```

## CERTIFICATE OF SERVICE

I, Thomas F. McEvilly, hereby certify that I have this day serviced a copy of the foregoing documents, by mailing a copy, first class mail, postage prepaid, to Kristina E. Barclay, Assistant U.S. Attorney, Office of the United States Attorney Asset Forfeiture Unit, 1 Court House Way, Suite 9200, Boston, MA 02210, Washington Mutual Bank, 400 East Main Street, Stockton, CA 95290, and Fitchburg Assessor, 718 Min Street, Fitchburg, MA 01420