UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>20 BERNADETTE STREET,<br>FITCHBURG, MASSACHUSETTS,<br><br>        Defendant.<br>_____<br>GEORGE W. BUREAU,<br><br>        Claimant | )<br>)<br>)<br>)<br>) Civil Action No. 04-12337-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO CONTINUE
JULY 5, 2005 LOCAL RULE 16.1 CONFERENCE**

    The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves that this Court continue the Local Rule 16.1 conference in this action, currently scheduled for July 5, 2005, for at least 45 days.  In support of this motion, the United States submits:

    1.   The parties currently are negotiating a potential settlement of this action.

    2.   Claimant George W. Bureau currently is incarcerated, causing delays in communication with his counsel regarding settlement negotiations.

    3.   Counsel for Claimant George W. Bureau, Michael McEvilly, Esq., has assented to the relief requested herein.

WHEREFORE, the government respectfully requests that the Court continue the July 5, 2005 Local Rule 16.1 conference until a date convenient to the Court after August 19, 2005.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  /s/ Kristina E. Barclay
     KRISTINA E. BARCLAY
     Assistant U.S. Attorney
     U. S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100