UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 04-12337-JLT |
| 20 BERNADETTE STREET,<br>FITCHBURG, MASSACHUSETTS,<br>　　　　Defendant. | ) ) ) ) | |
| GEORGE W. BUREAU,<br>　　　　Claimant | ) ) ) | |

### NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the United States of American in the above matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　/s/ Eugenia M. Carris
　　　　　　　　　　　EUGENIA M. CARRIS
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　U. S. Attorney's Office
　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　(617) 748-3282

### Certificate of Service

I hereby certify that on this day I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first class mail to Thomas F. McEvilly, 48 West Street, Leominster, MA 01453.

　　　　　　　　　　　　　　　　　　/s/Eugenia M. Carris
　　　　　　　　　　　　　　　　　　Eugenia M. Carris
Dated: June 27, 2005　　　　　　　　Assistant U.S. Attorney