UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
            Plaintiff,           )
                                 )
      v.                         )  Civil Action No. 04-12337-JLT
                                 )
20 BERNADETTE STREET,            )
FITCHBURG, MASSACHUSETTS,        )
            Defendant.           )
_____)
GEORGE BUREAU,                   )
            Claimant.            )
```

## LOCAL RULE 16.1 JOINT STATEMENT

The parties have conferred and respectfully submit this Joint Statement pursuant to Local Rule 16.1.

This case is a civil forfeiture action, brought by the United States against the in rem defendant, 20 Bernadette Street, Fitchburg, Massachusetts (the "Defendant Property"). In its complaint, the United States alleged that the Defendant Property was subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(7) because it constituted real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846, and/or 856.

The Claimant has denied the allegations in the Complaint.

## Proposed Pre-Trial Schedule

Pursuant to this Court's June 14, 2005 Order, the parties were to exchange all automatic discovery by August 17, 2005. The United States produced its automatic disclosure on August 2, 2005 and a transcript from claimant's plea colloquy the following week, when it was received.

The parties do not believe that additional discovery is required and request that the Court set a briefing schedule for summary judgment as there are no genuine issues of material fact. The government can be prepared to file its motion for summary judgment by the end of August, 2005.

The parties do not consent to referral of this matter to a Magistrate Judge at this time.


    Respectively submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | George Bureau<br>Claimant |
| By: /s/Eugenia M. Carris<br>    Eugenia M. Carris<br>    Assistant U.S. Attorney<br>    U.S. Attorney's Office<br>    1 Courthouse Way, Suite 9200<br>    Boston, Massachusetts 02210<br>    (617) 748-3100 | /s/Thomas McEvilly/EMC<br>Thomas McEvilly<br>McEvilly & Curley<br>48 West Street, Suite 1<br>Leominster, MA 01453-5694<br>(978) 534-3556 |

Date: August 18, 2005