UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12337-JLT |
| | * | |
| 20 BERNADETTE STREET, | * | |
| FITCHBURG, MASSACHUSETTS, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| And | * | |
| | * | |
| GEORGE BUREAU, | * | |
| | * | |
| Claimant. | * | |

ORDER

August 24, 2005

TAURO, J.

    After the Scheduling Conference held on August 24, 2005, this court hereby orders that:

    1.    Plaintiff shall file a Motion for Summary Judgment by September 7, 2005; and

    2.    Claimant shall file a response to the abovementioned Motion by September 19,

2005.

    IT IS SO ORDERED.


                                        _____/s/ Joseph L. Tauro___
                                        United States District Judge