UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04-CV-12337-JLT |
| 20 Bernadette St., | ) | |
| FITCHBURG, MASSACHUSETTS, | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES'S MOTION FOR SUMMARY JUDGMENT

The United States of America respectfully moves for summary judgment in the above-captioned matter. As set forth more fully in the accompanying Memorandum of Law, summary judgment is appropriate in this case as there is no genuine issue of material fact and claimant George Bureau's interest in 20 Bernadette St., in Fitchburg, Massachusetts is subject to forfeiture as a matter of law.

WHEREFORE, the United States respectfully requests that the Court grant summary judgment in its favor.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
|  | /s/Eugenia M. Carris<br>Eugenia M. Carris<br>Assistant U.S. Attorney<br>United States Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 |
| Dated: September 2, 2005 | (617)748-3282 |

## LOCAL RULE 7.1(A) CERTIFICATION

I certify that, prior to filing this Motion, I have in good faith conferred with counsel for Claimant George Bureau as required by Local Rule 7.1(a).

/s/Eugenia M. Carris
Eugenia M. Carris

## CERTIFICATE OF SERVICE

I certify that I have served by first-class mail the foregoing Motion for Summary Judgment, accompanying Memorandum of Law, and Statement of Undisputed Material Facts, upon counsel for Claimant George Bureau, Thomas F. McEvilly, 48 West Street, Leominster, MA 01453 and counsel for Washington Mutual, Inc., Veronica Viveiros, Harmon Law Offices, PC, P. O. Box 610389, Newton Highlands, MA 02461-0389

|  |  |
|---|---|
|  | /s/Eugenia M. Carris |
| Dated: September 2, 2005 | Eugenia M. Carris |