# EXHIBIT B

### EXHIBIT B

### AFFIDAVIT OF JAMES F. O'HARA II

I, James F. O'Hara II, state the following under oath:

1. I am a Special Agent of the United States United States Drug Enforcement Administration (the "DEA"). I joined the DEA in 1984, when I was assigned to the New York City Office. I was transferred to the New England Field Division in 1989. For the past three years, I have been assigned to the Asset Forfeiture Section of the DEA. I have participated in approximately 50 investigations relating to the distribution and the sale of controlled substances such as cocaine, heroin, and marijuana, and am familiar with the methods, routines, and practices of narcotics traffickers. I am also familiar with the various paraphernalia used to manufacture, compound, process, deliver, and dispense heroin, cocaine, marijuana, and other controlled substances.

2. I submit this Affidavit in support of a Complaint for Forfeiture In Rem against the real property located 20 Bernadette Street, Fitchburg, Massachusetts, including all buildings, appurtenances, and improvements thereon, which currently is owned by George W. Bureau ("Bureau").

3. This affidavit is based on investigations conducted by members of the Fitchburg Police Department in October and



November 2003. During that investigation, a number of controlled purchases were made from Bureau and Bonnie L. Stetson ("Stetson"), who was a resident of the Defendant Property. These controlled purchases took place at the Red Star Café in Fitchburg, Massachusetts. Before two of the controlled purchases, surveillance officers observed Bureau and/or Stetson leave the Defendant Property and drive directly to the Red Star Café. This investigation also included the execution of a search warrant at the Defendant Property, the seizure of cocaine, Oxycodone, marijuana, cash, a digital scale and narcotics packaging materials, and the arrests of the owner (Bureau) and a resident (Stetson) of the Defendant Property.

    4. Based on the information detailed in the Affidavit of Detective James T. Griffin of the Fitchburg Police Department, attached to the Complaint as Exhibit A, which I have reviewed, I have probable cause to believe that the Defendant Property was used or intended to be used to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846 and/or 856. I therefore have probable cause to believe that the Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

Signed under the pains and penalties of perjury this 3rd day of November 2004.

_____
James F. O'Hara II, Special Agent
United States Drug
Enforcement Administration