UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>　　　　　　Plaintiff,             )<br>                                          )<br>　　　v.                                   )<br>                                          )<br>20 Bernadette St.,                       )<br>FITCHBURG, MASSACHUSETTS,                 )<br>　　　　　　Defendant.            )<br>                                          ) | Civil Action No.<br>04-CV-12337-JLT |

**UNITED STATES'S RULE 56.1 STATEMENT OF UNDISPUTED FACTS**[1]

1.　　Claimant George Bureau and Bonnie Stetson were charged with various crimes relating to the possession of controlled substances with the intent to distribute, including trafficking in cocaine, multiple counts of possession of cocaine with intent to distribute, and possession of marijuana.  George Bureau's Colloquy 3:4-6:1.

2.　　The Defendant Real Property at 20 Bernadette Street in Fitchburg, MA is a single-family house.  Bureau Colloquy 35:12.  Bureau and Stetson both resided there when they were investigated for trafficking narcotics.  Bureau Colloquy 36:21-22.  The property is owned by Bureau.  James M. Gilbert's Affidavit ¶ 3.

3.　　Starting in October 2003, the Fitchburg Police Department began investigating Bureau and Stetson regarding the sales of controlled substances.  Fitchburg officers set up surveillance and four controlled purchases of cocaine from Bureau and Stetson by an informant.  Gilbert Aff. ¶¶ 7-14.

---

[1] For brevity's sake, the government sets forth the most relevant facts herein, but also incorporates into this statement the affidavits of James F. O'Hara and James M. Gilbert and the Bureau Colloquy as if fully set forth herein.

4.	During the surveillance of Bureau and Stetson, both were seen traveling from the Defendant Real Property to the Red Star Café. Gilbert Aff. ¶¶ 9, 11, 13. Bureau's regular routine was to return to the Defendant Real Property after work. He would shower at the Defendant Real Property and then drive to the Red Star Café where he was dealing cocaine. Gilbert Aff. ¶ 5. At the Red Star Café, Bureau and Stetson were observed in what appeared to be hand-to-hand drug sales. For the four controlled purchases, the informant went into the café after having been searched by a Fitchburg officer and returned with cocaine purchased from Bureau and Stetson. Gilbert Aff. ¶¶ 8, 10, 12, 14.

5.	Based on the controlled purchases and the stops at the Defendant Real Property before driving to the Red Star Café, the police obtained warrants to search the Defendant Real Property, two vehicles belonging to Bureau and Stetson, and for the persons of Bureau and Stetson. The Fitchburg Police Department executed the warrants on November 20, 2003. Bureau Colloquy 35:9-17.

6.	The Fitchburg Police observed Bureau and Stetson at the Red Star Café engaging in what appeared to be hand-to-hand drug sales. Bureau Colloquy 35:17-19. The officers stopped and arrested Bureau. When they searched him, they found about 40 grams of cocaine, 92 Oxycodone tablets and $2,411 in cash, mostly in fifty and hundred dollar bills. Bureau Colloquy 36:1-8. Stetson was inside the café and was in possession of about .74 grams of cocaine packaged similarly to the packages found on Bureau. Bureau Colloquy 36:10-18.

7. The police entered and searched Bureau's and Stetson's residence at the Defendant Real Property, pursuant to the search warrant. Inside a locked bedroom, the officers found a locked safe. Inside that safe, the officers found 182 grams of cocaine, 180 Oxycodone pills, personal papers in the names of both Stetson and Bureau, and $1,750 in cash. Bureau Colloquy 36:21-37:7. In the same bedroom, the officers found a small box in a drawer of a nightstand. That box contained a small amount of marijuana and mail that was addressed to both Stetson and Bureau. Bureau Colloquy 37:9-15. In the bedroom, they also seized 178.5 pills of Class C and Class E substances, and three bags and one small pack of cocaine weighing about four grams. Bureau Colloquy 37:20-23. Elsewhere in the house, the officers found a digital scale, which contained cocaine residue. Bureau Colloquy 37:25. The house also contained other materials used in packaging narcotics for sale. Gilbert Aff. ¶20; James F. O'Hara's Aff. ¶ 3.

8. On June 6, 2005, Stetson pleaded guilty to the following charges: possession with intent to distribute Class B, possession with intent to distribute cocaine, possession of Class B with intent to distribute, possession of marijuana, possession of Class B with intent to distribute, and possession of Class E with intent to distribute. Bureau Colloquy 13:1-13.

9. On June 6, 2005, Bureau pleaded guilty to the following: "trafficking in cocaine, 28 to a hundred grams, two counts; possession of cocaine with intent to distribute, second and subsequent offense, two counts; possession of Class B with intent to distribute, two counts; possession of Class C with intent to distribute, second or subsequent offense; possession of marijuana; and possession of Class E with intent to distribute." Bureau Colloquy 19:19-20:13. Bureau assented to the forfeiture of $4,275 and the court allowed the seizure of a 1986 blue Chevrolet K10 truck and a 1989 grey GMC Jimmy truck. Bureau Colloquy 55:14-19; Gilbert Aff. ¶ 8.

10. The United States filed a Complaint for Forfeiture in rem against the Defendant Real Property on November 3, 2004, which was supported by the Gilbert Aff.. Thereafter, this Court approved and ordered the issuance of a Warrant and Monition, directing the posting of the Defendant Real Property and service of notice of the action on all interested parties. A lis pendens was approved by this Court and served to claimant via certified mail in November 2004. Publication of the lis pendens ran in the Fitchburg's Sentinel & Enterprise on November 20, 2004. On or about November 20, 2004, agents of the United States Marshals Service posted a copy of the Complaint on the premises. On or about March 30, 2005, the claimant filed an answer as the registered owner of the Defendant Real Property, denying the allegations contained in the Complaint. On or about March 30, 2005, the claimant filed a verified claim, adding a verified notice of claim of the claimant. On June 6, 2005, the claimant pleaded guilty to various drug offenses in Worcester Superior Court and is currently serving a 6-8 year sentence. Stetson pleaded guilty and is on probation for drug offenses.

11. Based on the facts to which Bureau pleaded guilty, it is undisputed that the Defendant Real Property "was used or intended to be used to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846 and/or 856." O'Hara Aff. ¶ 4.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617)748-3282

Dated: September 2, 2005