THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

20 BERNADETTE STREET,
FITCHBURG, MASSACHUSETTS,

       Defendant.

CIVIL NO. 04CV12337JLT

## NOTICE OF APPEARANCE

1. Please enter my appearance as counsel on behalf of Washington Mutual, Inc. (hereinafter "WAMU"), the current holder of the first mortgage with respect to the property located at 20 Bernadette Street, Fitchburg, MA (hereinafter the "Property").

2. On or about May 18, 2001, George Bureau (hereinafter "Bureau"), executed a Note in the original principle amount of $119,920.00. A true and accurate copy of the Note is attached hereto as Exhibit A.

3. On or about May 18, 2001, Bureau executed a Mortgage in the original principle amount of $119,920.00 secured by the Property. A true and accurate copy of the Mortgage is attached hereto as Exhibit B.

4. WAMU had no knowledge of any alleged wrongdoing by Bureau, and should not be prejudiced by any misconduct.

5. As the holder of the first mortgage, the debts owed to WAMU should be satisfied, before any funds from the sale of the Property are distributed or confiscated by any party.

6.     WAMU's payoff good through September 12, 2005 is $120,112.78 plus continuing interest, costs, and attorneys fees.

Respectfully submitted,<br>
**WASHINGTON MUTUAL BANK, FA**<br>
By its attorneys,<br><br>
_/s/ Veronica Viveiros_<br>
Veronica Viveiros<br>
BBO #631233<br>
David M. Rosen<br>
BBO # 552866<br>
HARMON LAW OFFICES, P.C.<br>
P.O. Box 610389<br>
Newton Highlands, MA 02461-0389<br>
(617) 558-0500

August 30, 2005

## CERTIFICATE OF SERVICE

      I, Veronica C. Viveiros, hereby certify that a true copy of the Notice of Appearance was served on August 30, 2005 by mailing via first class mail, postage prepaid, to:

Eugenia M. Carris, Esq.
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Kristina E. Barclay, Esq.
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Thomas F. McEvilly, Esq.
48 West Street
Leominster, MA 01453

                                                  Veronica C. Viveiros