```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                                )
UNITED STATES OF AMERICA,       )
          Plaintiff,            )
                                )
          v.                    )    Civil Action No. 04-12337-JLT
                                )
20 BERNADETTE STREET,           )
FITCHBURG, MASSACHUSETTS,       )
          Defendant.            )
                                )
```

**ASSENTED-TO MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE**

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the real property, including all buildings and appurtenances, located at 20 Bernadette Street, Fitchburg, Massachusetts (the "Defendant Property"). Counsel for Claimant, George Bureau, assents to this Motion.

In support of this Motion, the government states that on September 2, 2005, it filed a Motion for Summary Judgment against the Claimant in this action. On October 14, 2005, this Court issued a Memorandum and Order granting the United States' Motion for Summary Judgment and ordering that the Defendant Property be forfeited, pursuant to 18 U.S.C. § 983(d)(2)(A).

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Property.  A proposed Order is attached.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,
MICHAEL J. SULLIVAN
United States Attorney

Dated:  October 28, 2005

By:  /s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3282

L.R. 7.1 Certification

I certify that I conferred with counsel for claimant, George Bureau, and that he assents to the relief sought herein.

/s/ Eugenia M. Carris
Eugenia M. Carris

Certificate of mailing

I certify that I caused a true copy of the above document to be served on counsel of record by first-class mail.

/s/ Eugenia M. Carris
Eugenia M. Carris