```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
              Plaintiff,     )
                             )
         v.                  )   Civil Action No. 04-12337-JLT
                             )
20 BERNADETTE STREET,        )
FITCHBURG, MASSACHUSETTS,    )
                             )
              Defendant.     )
```

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed the Assented-To Motion for Final Judgment and Order of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment is hereby entered for the forfeiture of the real property located at 20 Bernadette Street, Fitchburg, Massachusetts (20 Bernadette Street), pursuant to 21 U.S.C. § 881(a)(7);

2. That any claim of interest of any other party claiming any right, title, or interest in or to 20 Bernadette Street is

hereby held in default and dismissed[1];

3. That 20 Bernadette Street be disposed of by the United States Marshals Service, in accordance with applicable law; and

4. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

/s/ Joseph L. Tauro

JOSEPH L. TAURO
United States District Judge

Date: 11/2/, 2005

---

[1] The United States agrees to recognize any valid outstanding mortgage or lien on 20 Bernadette Street held by Washington Mutual Bank, F.A., 9200 Oakdale Avenue, Chatsworth, California 91311, up to the amount of the proceeds of sale of 20 Bernadette Street, and after payment of outstanding taxes and expenses of custody and sale. Specifically, the United States is prepared to pay any unpaid principal due and owing under any promissory note, and any accrued interest at the base contractual rate (not the default rate) to the date of payment, in accordance with applicable law. Payment of the valid lien is contingent upon the United States receiving the proper documentation from Washington Mutual Bank, F.A. Recovery of attorney's fees is precluded, pursuant to 28 U.S.C. § 2465.