U.S. Department of Justice
**United States Marshals Service**

**PROC    RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CV No. 04-12337-JLT |
|---|---|
| DEFENDANT<br>20 BERNADETTE STREET, FITCHBURG, MASSACHUSETTS | TYPE OF PROCESS: Final Judgment and<br>Order of Forfeiture |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br><br>20 BERNADETTE STREET, FITCHBURG, MASSACHUSETTS |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served<br>with this Form - 285 | |
|---|---|---|
| Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of parties to be served<br>in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

In accordance with the provisions of the Final Judgment and Order of Forfeiture, please dispose of the Defendant Property in accordance with applicable law. Please note there is a qualified lienholder on said property, Washington Mutual Bank, F.A., 9200 Oakdale Avenue, Chatsworth, California 91311.

CATS No. 05-DEA-443863                                                                                          JLJ xt. 3297

| Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>November 4, 2005 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only first USM 285 if more than<br>one USM 285 is submitted) | Total Process<br><br>No. | District of Origin<br><br>No. 35 | District to Serve<br><br>No. 35 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/9/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | | ☐ A person of suitable age and discretion then<br>residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (complete only if different than shown above) | | Date of Service<br>6/28/06 | Time                    am<br>                            pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Property sold for $180,000.00
$37,274.88 deposited into the Asset Forfeiture Fund                    (4)

| PRIOR EDITIONS MAY<br>BE USED | **1.  CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGEMENT OF RECEIPT